# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Alejandro Gomez, et al., | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV 10-8028 PCT-DKD |
| v. | ) | |
| | ) | |
| Creative Outdoor, LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated June 24, 2011, judgment is entered and the complaint and this action are dismissed with prejudice.

                                            RICHARD H. WEARE
                                            District Court Executive/Clerk

June 24, 2011

                                            s/ Linda S Patton
                                            By: Deputy Clerk

cc: (all counsel)